**KAUFMAN DOLOWICH & VOLUCK, LLP**
TIMOTHY W. MOPPIN, ESQ. SBN 133363
GABRIEL N. RUBIN, ESQ. SBN 241659
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone:  (415) 926-7600
Facsimile:   (415) 926-7601

Attorneys for Defendant
ALL PRO BAIL BONDS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE T. GARCIA, KEVIN WEBB, and FELIPE D. CARDENAS,<br><br>         Plaintiffs,<br><br>    v.<br><br>ALL-PRO BAIL BONDS, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No.:  1:14-CV-00477-LJO-SMS<br><br>**ORDER RE JOINT STIPULATION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS**<br><br> Date: July 8, 2014<br>Time: 8:30 a.m.<br>Courtroom 4<br>Judge Lawrence J. O'Neill |

　　　Pursuant to the Joint Stipulation to Withdraw Defendant's Motion to Dismiss, the Court Orders as follows:

　　　1.　　That the hearing date of July 8, 2014 for Defendant's Motion to Dismiss ("Motion") be vacated;

///

///

///

///

---
1
ORDER RE JOINT STIPULATION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS

2. That the Motion be withdrawn without prejudice to Defendant's right to present this issue before the Court through some other form of dispositive motion.

**IT IS SO ORDERED.**

Dated: June 23, 2014                    /s/ LAWRENCE J. O'NEILL
                                        United States District Judge

2
ORDER RE JOINT STIPULATION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS