David D. Deason (SBN 207733)
e-mail: David@yourlaborlawyers.com
Matthew F. Archbold (SBN 210369)
e-mail: Matthew@yourlaborlawyers.com
DEASON & ARCHBOLD
3300 Irvine Avenue, Suite 245
Newport Beach, CA 92660
Telephone: (949) 794-9560
Facsimile: (949) 794-9517

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE T. GARCIA, KEVIN WEBB, and FELIPE D. CARDENAS<br><br>Plaintiff,<br><br>vs.<br><br>ALL-PRO BAIL BONDS, INC., a California corporation; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.: 1:14-CV-00477-LJO-SMS<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL**<br><br>Judge Lawrence J. O'Neill |

Pursuant to the Joint Stipulation for Dismissal, the Court Orders as follows:

1. That, pursuant to Federal Rule of Civil Procedure, 41(a)(1), the above-captioned action be dismissed in its entirety, with prejudice.

2. The Clerk of Court is directed to CLOSE THIS CASE.

**IT IS SO ORDERED**
**Dated: April 14, 2015**

                                              **/s/ Lawrence J. O'Neill**
                                              **United States District Judge**